01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: )
   Dejuan M Davis )  Chapter 7
)  Bankruptcy Case No.
)
Debtor(s) )

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.   [To be completed in all cases]

I(We), Dejuan M Davis, the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B.   [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

☐ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

Dejuan M Davis,
Printed or Typed Name of Debtor or Representative

Signature of Debtor or Representative

November 5, 2013
Date

Printed or Typed Name of Joint Debtor

Signature of Joint Debtor

Date

