Certificate Number: 00134-ILN-CC-022180822



00134-ILN-CC-022180822

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 4, 2013</u>, at <u>10:58</u> o'clock <u>AM CST</u>, <u>Dejuan M. Davis, Sr.</u> received from <u>Cricket Debt Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:   <u>November 4, 2013</u>          By:     <u>/s/Aracely Callaway</u>

Name:   <u>Aracely Callaway</u>

Title:    <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).