B9A **(Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **13–43188**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/5/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dejuan M Davis
11606 South Elizabeth Street
Chicago, IL 60643

| | |
|---|---|
| Case Number:   13–43188<br>Office Code:   1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–8491 |
| Attorney for Debtor(s) (name and address):<br>Marcie C Venturini<br>Robert J. Semrad & Associates, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603<br>Telephone number: 312 913–0625 X1156 | Bankruptcy Trustee (name and address):<br>Joseph A Baldi Tr<br>Baldi Berg & Wallace, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602<br>Telephone number:  312–726–8150 |

## Meeting of Creditors:
Date:  **December 19, 2013**       Time:  **02:00 PM**

Location:  **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

### The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 2/18/14

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open:  Monday – Friday 8:30 AM –4:30 PM | Date:  November 6, 2013 |

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## —— Refer to Other Side for Important Deadlines and Notices ——

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-43188-CAD
Dejuan M Davis                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: carmstead          Page 1 of 2          Date Rcvd: Nov 06, 2013
                             Form ID: b9a              Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2013.
```
db           +Dejuan M Davis,    11606 South Elizabeth Street,   Chicago, IL 60643-5118
21189400     Advocate Christ Hospital,    PO Box 4256,   Carol Stream, IL 60197-4256
21189405     +Archway Holding,    PO Box 7512,   Porter Ranch, CA 91327-7512
21189406     Cash Cloud Loans,    10645 N. Paton Blvd, Suite 200,   Phoenix, AZ 85028
21189408     +Cutter Group,    1201 N. Orange Street, #600,   Wilmington, DE 19801-1171
21189409     +Danesha Payton,    13032 South King Drive, Apt. 2910,   Riverdale, IL 60827-3105
21189415     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Section,
             Level 7-425, 100 W. Randolph St.,   Chicago, IL 60601)
21189413     +Il Dept Of Healthcare,    509 S 6th St,   Springfield, IL 62701-1809
21189414     +Ildhfs,    509 S. Sixth St,   Springfield, IL 62701-1809
21189418     +Metropltn Au,    2212 W 147th St,   Dixmoor, IL 60426-1029
21189419     +National Credit Lenders,    157 W 159th St,   Harvey, IL 60426-4959
21189422     +Quickclick,    3440 Preston Ridge Rd Ste 500,   Alpharetta, GA 30005-3823
21189424     ++UNITEDCASHLOANS D B A OF TFS CORP,    PO BOX 111,   MIAMI OK 74355-0111
             (address filed with court: United Cash Loans,   2533 N. Carson St. #5020,
             Carson City, NV 89706)
21189425     +Us Dept Of Ed/Glelsi,    Po Box 7860,   Madison, WI 53707-7860
21189426     +Us Dept of Education,    Po Box 5609,   Greenville, TX 75403-5609
21189427     +Vin Capital LLC,    500 North Rainbow Blvd Ste 300a,   Las Vegas, NV 89107-1082
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: mventurini@robertjsemrad.com Nov 07 2013 00:48:48     Marcie C Venturini,
              Robert J. Semrad & Associates, LLC,    20 S. Clark Street, 28th Floor,   Chicago, IL 60603
tr           +EDI: QJABALDI.COM Nov 07 2013 00:28:00     Joseph A Baldi, Tr,    Baldi Berg & Wallace, Ltd.,
              20 N. Clark Street, Ste. 200,   Chicago, IL 60602-4120
21189402     +E-mail/Text: bankruptcynotice@lfbusa.com Nov 07 2013 00:50:02     1st Financial Bk Usa,
              363 W Anchor Dr,   Dakota Dunes, SD 57049-5154
21189403     +E-mail/Text: jkeller@armpros.com Nov 07 2013 00:49:15     Accounts Receivable Ma,
              875 N Michigan Ave # 312,   Chicago, IL 60611-1803
21189407     +EDI: CMIGROUP.COM Nov 07 2013 00:28:00     Credit Management Lp,    4200 International Pkwy,
              Carrollton, TX 75007-1912
21189411     +E-mail/Text: bknotice@erccollections.com Nov 07 2013 00:50:25     Enhanced Recovery Co L,
              8014 Bayberry Rd,   Jacksonville, FL 32256-7412
21189412     +EDI: AMINFOFP.COM Nov 07 2013 00:28:00     First Premier Bank,    601 S Minnesota Ave,
              Sioux Falls, SD 57104-4868
21189417     +EDI: CHASE.COM Nov 07 2013 00:28:00     JP Morgan Chase,    PO Box 3155,
              Milwaukee, WI 53201-3155
21189420     +EDI: PRA.COM Nov 07 2013 00:28:00     Portfolio,    120 Corporate Blvd, Ste 100,
              Norfolk, VA 23502-4962
21189421     +EDI: PRA.COM Nov 07 2013 00:28:00     Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
              Norfolk, VA 23502-4962
                                                                                   TOTAL: 10
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21189410*    +Danesha Payton,    13032 South King Drive, Apt. 2910,   Riverdale, IL 60827-3105
21189416*    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Section,
             Level 7-425, 100 W. Randolph St.,   Chicago, IL 60601)
21189423     ##+Rent Recover, Llc,    729 N Route 83 #320,   Bensenville, IL 60106-1256
                                                                            TOTALS: 0, * 2, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2013                              Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: carmstead          Page 2 of 2          Date Rcvd: Nov 06, 2013
                             Form ID: b9a              Total Noticed: 26

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2013 at the address(es) listed below:
      Joseph A Baldi, Tr   jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
      Marcie C Venturini   on behalf of Debtor Dejuan M Davis mventurini@robertjsemrad.com,
      rjscourtdocs@gmail.com
      Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                              TOTAL: 3