Form definmgt

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Dejuan M Davis
11606 South Elizabeth Street
Chicago, IL 60643
SSN: xxx–xx–8491 EIN: N.A.

Case No. : 13–43188
Chapter : 7
Judge : Carol A. Doyle

---

### NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 7 CASES
### OF REQUIRED DOCUMENT FOR DISCHARGE

   Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) pursuant to Bankruptcy Rule 1007(b)(7). Please include the certificate number on Official Form 23 or attach the certificate you received from the approved Personal Financial Management Course Provider.

   A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

   Official Form 23 is available at our website at www.ilnb.uscourts.gov/Forms/

   You must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341. If you do not file Official Form 23, your case will be closed without a discharge. You will still be liable for the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

   If you are represented by an attorney, please contact your attorney for guidance.

   If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: January 18, 2014

Kenneth S. Gardner, Clerk
United States Bankruptcy Court