Form definmgt

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Dejuan M Davis
11606 South Elizabeth Street
Chicago, IL 60643
SSN: xxx–xx–8491 EIN: N.A.

Case No. : 13–43188
Chapter : 7
Judge : Carol A. Doyle

## NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 7 CASES OF REQUIRED DOCUMENT FOR DISCHARGE

Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) pursuant to Bankruptcy Rule 1007(b)(7). Please include the certificate number on Official Form 23 or attach the certificate you received from the approved Personal Financial Management Course Provider.

A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

Official Form 23 is available at our website at www.ilnb.uscourts.gov/Forms/

You must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341. If you do not file Official Form 23, your case will be closed without a discharge. You will still be liable for the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: January 18, 2014

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                            Northern District of Illinois
```

In re:                                                         Case No. 13-43188-CAD
Dejuan M Davis                                                 Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: admin             Page 1 of 1             Date Rcvd: Jan 20, 2014
                                Form ID: definmgt      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2014.
db         +Dejuan M Davis,    11606 South Elizabeth Street,    Chicago, IL 60643-5118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2014 at the address(es) listed below:
      Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
      Marcie C Venturini    on behalf of Debtor Dejuan M Davis mventurini@robertjsemrad.com,
       rjscourtdocs@gmail.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                                                                      TOTAL: 3