Official Form 23 (10/06)

# United States Bankruptcy Court

Northern_____ District Of _____ Illinois _____

In re _____ **Dejaun Davis** _____,      Case No. __13 b 43188__
                    Debtor

                                    Chapter ___7___

## DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, _____ Dejaun Davis _____, the debtor in the above-styled case, hereby
          (Printed Name of Debtor)
certify that on _January 31, 2014_____ (Date), I completed an instructional course in personal financial management
provided by _____ Allen Credit and Debt Counseling Agency _____, an approved personal financial
                         (Name of Provider)
management provider.

Certificate No. : _06531-ILN-DE-022691256_____,

☐ I, _____, the debtor in the above-styled case, hereby
          (Printed Name of Debtor)
certify that no personal financial management course is required because of *[Check the appropriate box.]*:
    ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
    ☐ Active military duty in a military combat zone; or
    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _/s/ Dejaun Davis_____

Date: _1/31/2014_____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 06531-ILN-DE-022691256

Bankruptcy Case Number: 13-43188



06531-ILN-DE-022691256

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 31, 2014, at 4:47 o'clock AM CST, Dejuan Davis completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:  January 31, 2014                          By:    /s/Stephanie Kjetland

                                                 Name:  Stephanie Kjetland

                                                 Title:  Credit Counselor