B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–43188**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dejuan M Davis
11606 South Elizabeth Street
Chicago, IL 60643

Social Security / Individual Taxpayer ID No.:
xxx–xx–8491

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>February 19, 2014</u>                    <u>Kenneth S. Gardner, Clerk</u>
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-43188-CAD
Dejuan M Davis                                                            Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin            Page 1 of 2           Date Rcvd: Feb 19, 2014
                             Form ID: b18            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2014.
db          +Dejuan M Davis,    11606 South Elizabeth Street,    Chicago, IL 60643-5118
21189404     Advocate Christ Hospital,    PO Box 4256,    Carol Stream, IL 60197-4256
21189405    +Archway Holding,    PO Box 7512,    Porter Ranch, CA 91327-7512
21189406     Cash Cloud Loans,    10645 N. Paton Blvd, Suite 200,    Phoenix, AZ 85028
21189408    +Cutter Group,    1201 N. Orange Street, #600,    Wilmington, DE 19801-1171
21189409    +Danesha Payton,    13032 South King Drive, Apt. 2910,    Riverdale, IL 60827-3105
21189415    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section,
             Level 7-425, 100 W. Randolph St.,    Chicago, IL 60601)
21189413    +Il Dept Of Healthcare,    509 S 6th St,    Springfield, IL 62701-1809
21189414    +Ildhfs,    509 S. Sixth St,    Springfield, IL 62701-1809
21189418    +Metropltn Au,    2212 W 147th St,    Dixmoor, IL 60426-1029
21189419    +National Credit Lenders,    157 W 159th St,    Harvey, IL 60426-4959
21189422    +Quickclick,    3440 Preston Ridge Rd Ste 500,    Alpharetta, GA 30005-3823
21189424    ++UNITEDCASHLOANS D B A OF TFS CORP,    PO BOX 111,    MIAMI OK 74355-0111
             (address filed with court:  United Cash Loans,    2533 N. Carson St. #5020,
             Carson City, NV 89706)
21189425    +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
21189426    +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
21189427    +Vin Capital LLC,    500 North Rainbow Blvd Ste 300a,    Las Vegas, NV 89107-1082

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QJABALDI.COM Feb 20 2014 01:48:00      Joseph A Baldi, Tr,    Baldi Berg, Ltd.,
             20 N. Clark Street, Ste. 200,    Chicago, IL 60602-4120
21189402    +E-mail/Text: bankruptcynotice@1fbusa.com Feb 20 2014 02:14:00      1st Financial Bk Usa,
             363 W Anchor Dr,    Dakota Dunes, SD 57049-5154
21189403    +E-mail/Text: jkeller@armpros.com Feb 20 2014 02:13:08      Accounts Receivable Ma,
             875 N Michigan Ave # 312,    Chicago, IL 60611-1803
21189407    +EDI: CMIGROUP.COM Feb 20 2014 01:49:00      Credit Management Lp,    4200 International Pkwy,
             Carrollton, TX 75007-1912
21189411    +E-mail/Text: bknotice@erccollections.com Feb 20 2014 02:14:25      Enhanced Recovery Co L,
             8014 Bayberry Rd,    Jacksonville, FL 32256-7412
21189412    +EDI: AMINFOFP.COM Feb 20 2014 01:48:00      First Premier Bank,    601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
21189417    +EDI: CHASE.COM Feb 20 2014 01:48:00      JP Morgan Chase,    PO Box 3155,
             Milwaukee, WI 53201-3155
21189420    +EDI: PRA.COM Feb 20 2014 01:49:00      Portfolio,    120 Corporate Blvd, Ste 100,
             Norfolk, VA 23502-4962
21189421    +EDI: PRA.COM Feb 20 2014 01:49:00      Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
             Norfolk, VA 23502-4962
                                                                                      TOTAL: 9


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21189410*    +Danesha Payton,    13032 South King Drive, Apt. 2910,    Riverdale, IL 60827-3105
21189416*    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section,
             Level 7-425, 100 W. Randolph St.,    Chicago, IL 60601)
21189423    ##+Rent Recover, Llc,    729 N Route 83 #320,    Bensenville, IL 60106-1256
                                                                         TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2014                              Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Feb 19, 2014
                             Form ID: b18              Total Noticed: 25

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2014 at the address(es) listed below:
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Marcie C Venturini    on behalf of Debtor Dejuan M Davis mventurini@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick  Semrad   on behalf of Debtor Dejuan M Davis psemrad@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 4